1  **GREGORY T. MURPHY**
   California State Bar No. 245505
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: gregory_murphy@fd.org

5  Attorneys for Enrique Reyes-Paramo

6

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10                       **(HONORABLE RUBEN B. BROOKS)**

11 | UNITED STATES OF AMERICA,       ) | Case No. 07MJ2788
   |                                 ) |
12 |         Plaintiff,              ) |
   |                                 ) |
13 | v.                              ) | **CERTIFICATE OF SERVICE**
   |                                 ) |
14 | ENRIQUE REYES-PARAMO,           ) |
   |                                 ) |
15 |         Defendant.              ) |
16 |_____) |

17       Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                       U.S. Attorney CR
                         Efile.dkt.gc2@usdoj.gov
20

21                                  Respectfully submitted,

22

23 DATED:    December 5, 2007         /s/ Gregory T. Murphy
                                      **GREGORY T. MURPHY**
24                                    Federal Defenders of San Diego, Inc.
                                      Attorneys for Enrique Reyes-Paramo
25

26

27

28