JAN - 2 2008

S. DISTRICT
R   OF

1

2

3

4

5                    UNITED STATES DISTRICT COURT

6                  SOUTHERN DISTRICT OF CALIFORNIA

7   UNITED STATES OF AMERICA,        )    Criminal Case No. 08CR006-BTM
                                     )
8                  Plaintiff,        )    I N F O R M A T I O N
                                     )
9        v.                          )    Title 8, U.S.C., Sec. 1326(a)
                                     )    - Deported Alien Found
10  ENRIQUE REYES-PARAMO,            )    in the United States
                                     )    (Felony)
11                 Defendant.        )
    ─────────────────────────────── )

12

13       The United States Attorney charges:

14       On or about November 30, 2007, within the Southern District of

15  California, defendant ENRIQUE REYES-PARAMO, an alien, who

16  previously had been excluded, deported and removed from the United

17  States to Mexico, was found in the United States, without the

18  Attorney General of the United States or his designated successor,

19  the Secretary of the Department of Homeland Security (Title 6,

20  United States Code, Sections 202(3) and (4), and 557), having

21  expressly consented to the defendant's reapplication for admission

22  to the United States; in violation of Title 8, United States Code,

23  Section 1326(a).

24       DATED:  January 2, 2008 .

25
                                    KAREN P. HEWITT
26                                  United States Attorney

27

                                    CARLA J. BRESSLER
28                                  Assistant U.S. Attorney

CJB:kmm:San Diego
12/10/2007